UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

GEORGE CHARLES KALIVRETENOS, an individual,

    Debtor.

Case No.: 6:12-bk-02472-KSJ
Chapter 11

_____

81 DUNDEE, LLC, a Florida limited liability company,

and

158 DUNDEE, LLC, a Florida limited liability company,

    Plaintiffs,

v.

GEORGE CHARLES KALIVRETENOS, an individual,

    Defendant.
_____/

Adv. No.: 6:12-ap-00098-KSJ

## FINAL DEFAULT JUDGMENT FINDING DEBT NON-DISCHARGEABLE PURSUANT TO 11 U.S.C. § 523(A)(10).

THIS CAUSE came on for consideration upon the Plaintiffs', **81 DUNDEE, LLC**, a Florida limited liability company, **158 DUNDEE, LLC**, a Florida limited liability company (together, "Dundee" or "Plaintiffs"), Motion for Default Final Judgment (the "Motion") (Docket #9) against Defendant, **GEORGE CHARLES KALIVRETENOS** (the "Defendant"). The Court has considered the Motion, and being otherwise duly advised in the premises, it is

ORDERED AND ADJUDGED as follows:

1. 81 DUNDEE, LLC and 158 DUNDEE, LLC, whose address is 31550 Northwestern Hwy, Suite 101, Farmington Hills, MI 48334, shall have and recover from Defendant/Debtor, GEORGE KALIVRETENOS, whose social security number is xxx-xx-4288

1451210v2


J.B. VOL.17 NO.

and whose address is 5177 Isleworth Country Club Drive, Windermere, FL 34786, under 11 U.S.C. § 523(a)(10), the sum of $2,698,579.79, which amount shall bear interest at the legal rate from the date hereof, for which let execution issue.

2.  The Debt[1] the Defendant owes to Dundee is not dischargeable pursuant to 11 U.S.C. § 523(a)(10), and Debtor's discharge with respect to the Debt under 11 U.S.C. §§ 727, 1141, 1228(a), 1228(b) and/or 1328(b) is hereby denied.

3.  Accordingly, the Defendant will not receive a discharge of any obligations to Plaintiffs set forth herein and in the Adversary Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 523(a)(10) (Doc. No. 1), and said obligations shall forever not be subject to discharge in any subsequent bankruptcy proceeding filed before any bankruptcy court.

DONE AND ORDERED on July 6, 2012.

KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

---

[1] All initially capitalized terms herein shall have the same meaning ascribed by the Adversary Complaint Objecting to Discharge Pursuant to 11 U.S.C. § 523(a)(10) (Doc. No. 1).

1451210v2

Copies furnished to:

L. William Porter III, Lowndes, Drosdick, Doster, Kantor and Reed, P.A., P.O. Box 2809, Orlando FL 32802

George Charles Kalivretenos 5177 Isleworth Country Club Drive, Windermere, FL 34786;